## GEORGE GUNDERSON v. STATE OF FLORIDA

9 So. (2nd) 562               . En Banc
July 31, 1942        Rehearing Denied October 2, 1942

Parker & Parker, for petitioner;

J. Tom Watson, Attorney General, Millard B. Conklin, Assistant Attorney General, and Woodrow M. Melvin, Special Assistant Attorney General, for respondent.

PER CURIAM:

Petition for certiorari challenging the constitutionality of Section 8049 C. G. L. 1927 as amended by Chapter 14720, Laws of Florida, Acts of 1931 (371.10 Florida Statutes, 1941) is denied. See Carlton, Sheriff, v. Johnson, 61 Fla. 15, 55 So. 975.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.